UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
EL PASO DIVISION

| | |
|---|---|
| USA § | |
| § | |
| vs. § | NO:  EP:21-CR-00231(1)-FM |
| § | |
| (1) ROXANNA AVILA § | |

**ORDER SETTING BOND REVOCATION/BAIL FORFEITURE HEARINGS**
**(18 U.S.C. § 3148; Fed. R. Crim. P. 46(f)(1))**

On this day, the Court considered the above-captioned cause.  The DEFENDANT  is presently in custody pursuant to an arrest warrant issued by this Court for violation(s) of pretrial release.  **IT IS THEREFORE ORDERED** that the DEFENDANT,  (1) ROXANNA AVILA, be brought before this Court for a Bond Revocation Hearing, pursuant to 18 U.S.C. § 3148, and Bail Forfeiture Hearing, pursuant to Fed. R. Crim. P. 46(f)(1), on the 6th Floor of the United States Courthouse, 525 Magoffin Avenue, El Paso, TX on Wednesday, December 04, 2024 at 8:30 AM.  If the DEFENDANT wishes to waive these hearings, the DEFENDANT may ONLY do so by announcing the waiver on the record in open court.  However, the Court admonishes that relief from forfeiture by setting aside all or part of the forfeiture on only availble by such hearing.

**IT IS FURTHER ORDERED** that the Clerk shall send a copy of this Order to counsel for the DEFENDANT, counsel for the Government, the United States Pretrial Services Office, and any Sureties or Owners of Cash Bail.

Signed and entered this 26th day of November, 2024.

_____
ROBERT F. CASTANEDA
UNITED STATES MAGISTRATE JUDGE