AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT
for the
Western District of Texas

FILED
2024 NOV 26 PM 4:16
CLERK US DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY_____ DEPUTY

| United States of America | ) |
|---|---|
| v. | ) Case No. EP: 21-CR-0231-FM-(1) |
| Roxanna Avila | ) |
| Defendant | ) |

## ARREST WARRANT

To:   Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a **United States Magistrate Judge** without unnecessary delay
*(name of person to be arrested)*   **Roxanna Avila**,
who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment   ☐ Superseding Indictment   ☐ Information   ☐ Superseding Information   ☐ Complaint
☐ Probation Violation Petition   ☐ Supervised Release Violation Petition   **X Petition for Action**

This offense/violation is briefly described as follows:

A Petition for Action has been filed notifying the undersigned court that the Defendant violated a condition of release. It appearing to this court that the Defendant may be in violation of a condition of release, issues this bench warrant for the Defendant's arrest.

Date:  April 27, 2021

_____
*Issuing officer's signature*

Frank Montalvo, United States District Judge

City and state:  El Paso, TX

_____
*(Judicial Officer's Printed Name and Title)*

### Return

This warrant was received on *(date)* _____, and the person was arrested on *(date)* _____
at *(city and state)* _____.

Date: _____   Executed by USMS   On 11-25-24   In El Paso, TX

_____
*Arresting officer's signature*

_____
*Printed name and title*

A true copy of the original, I certify.
Clerk, U.S. District Court
By _____ Deputy